UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL J. GRASSO, JR.,       :

   Petitioner            :      CIVIL ACTION NO. 3:21-0130

   v.                    :          (JUDGE MANNION)

WARDEN ERIC BRADLEY,          :

   Respondent            :

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Petitioner's motion for appointment of counsel (Doc. 9) is **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: May 21, 2021**
21-0130-01-Order